IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYANE SANDOVAL,

       Applicant,

v.                                                               No. CV 14-191 KG/CG

JAMES JANECKA, et al.,

       Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on July 16, 2015. (Doc. 50). In the PFRD, the Magistrate Judge concluded that Petitioner Bryane Sandoval failed to set forth sufficient grounds to demonstrate that he is entitled to federal habeas relief. The Magistrate Judge recommended that the remaining claim set forth in Bryane Sandoval's *Petition* brought pursuant to 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody, filed on February 21, 2014, (Doc. 1), and Supplemental Pleadings filed on March 26, 2014, July 7, 2014, and July 16, 2014, respectively, (Docs. 10, 14, & 15), (together the "Petition"), be dismissed with prejudice, and a certificate of appealability be denied.

The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 50 at 15). No objections have been filed, and the deadline of August 3, 2015, has passed. After a de novo review of the record and the PFRD, this Court adopts Judge Garza's *Proposed Findings and Recommended Disposition* in its entirety.

**IT IS HEREBY ORDERED** that, for all of the foregoing, Judge Garza's *Proposed Findings and Recommended Disposition*, (Doc. 50), be **ADOPTED**.

**IT IS FURTHER ORDERED** that the remaining claim set forth in Bryan Sandoval's *Petition* for Writ of Habeas Corpus be **DISMISSED WITH PREJUDICE** and all requested relief be **DENIED**.

**IT IS ALSO ORDERED** that a certificate of appealability be **DENIED**.

_____
UNITED STATES DISTRICT JUDGE