IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYANE SANDOVAL,

    Applicant,

v.                                                No. CV 14-191 KG/CG

JAMES JANECKA, et al.,

    Respondents.

## FINAL JUDGMENT

**THE COURT**, having issued its *Order Adopting Proposed Findings and Recommended Disposition in Part*, (Doc. 28), *Order Denying Certificate of Appealability*, (Doc. 37), and *Order Adopting Magistrate Judge's Proposed Finding and Recommended Disposition*, (Doc. 52), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Bryane Sandoval's *Petition* brought pursuant to 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody, filed on February 21, 2014, (Doc. 1), and Supplemental Pleadings filed on March 26, 2014, July 7, 2014, and July 16, 2014, respectively, (Docs. 10, 14, & 15), (together the "Petition"), shall be dismissed pursuant to this Court's prior orders (Docs. 28, 37 & 52), and all requested relief shall be denied, pursuant to those orders.

    **IT IS ALSO ORDERED** that a certificate of appealability be **DENIED**.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE